EILEEN M. DECKER
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Acting Chief, Tax Division
VALERIE L. MAKAREWICZ (Cal. Bar No. 229637)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2729
    Facsimile: (213) 894-0015
    E-mail: valerie.makarewicz@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE TAX INDEBTEDNESS OF:<br><br>EDWARD LEE,<br><br>          Respondent. | No. CV 16-3379-ODW<br><br>NOTICE TO RESPONDENT AND ORDER TO SHOW CAUSE<br><br>Redacted Version |

1  Based on the Petition, Memorandum of Points and Authorities, and Declaration, the Court finds that the United States has established its prima facie case for judicial approval of an IRS levy on the principal residence of EDWARD LEE (Respondent) located at Identifier "A" [redacted from public case file pursuant to Local Rule 5-2.1] (the property), in order to sell the property and apply the proceeds to Respondent's outstanding income tax liability for tax years 2008, 2009, 2010, and 2012, inclusive.

IT IS ORDERED that copies of the following documents be served on Respondent by personal delivery or certified mail:

1. This Order; and
2. The Petition, Memorandum of Points and Authorities, and Declaration.

Service may be made by any employee of the IRS or the United States Attorney's Office.

IT FURTHER IS ORDERED that Respondent has 21 days to from the date this order is served to file a written Objection to the Petition with the Clerk of the District Court and mail a copy of the Objection to Petitioner.

IT FURTHER IS ORDERED that Respondent's Objection may raise the following defenses:  (1) the underlying tax liability has been satisfied; (2) Respondent has other assets from which the liability can be satisfied; and (3) the IRS did not follow the applicable laws or procedures pertaining to the levy.  However, Respondent is not permitted to challenge the merits underlying the tax liability.

IT FURTHER IS ORDERED that Respondent appear before this District Court of the United States for the Central District of California, at the following date, time and address, and show cause why the Court should not enter an order approving the IRS administrative levy on the property:

///
///
///

| | |
|---|---|
| Date: | July 11, 2016 |
| Time: | 1:30 PM |
| Courtroom: | 11, Spring Street |
| Address: | x- United States Courthouse |
| | 312 North Spring Street, Los Angeles, California, 90012 |
| | ☐ Roybal Federal Building and United States Courthouse |
| | 255 E. Temple Street, Los Angeles, California, 90012 |
| | ☐ Ronald Reagan Federal Building and United States Courthouse |
| | 411 West Fourth Street, Santa Ana, California, 92701 |
| | ☐ Brown Federal Building and United States Courthouse |
| | 3470 Twelfth Street, Riverside, California, 92501 |

IT IS FURTHER ORDERED that all motions and issues raised by the pleadings will be considered on the return date of this Order.  Only those issues timely raised by motion or brought into controversy by the responsive pleadings and supported by sworn statements filed within 21 days after service of this Order will be considered by the Court.  All allegations in the Petition not contested by such responsive pleadings or by sworn statements will be deemed admitted.

IT IS FURTHER ORDERED that if Respondent fails to file an Objection to the Petition within 21 days of service of this order, or if Respondent fails to appear before the Court as instructed, the Court may enter an Order approving the IRS levy on the property.

///

///

///

3

IT IS FURTHER ORDERED that if, prior to the return date of this Order, Respondent files a response with the Court stating that Respondent does not oppose the relief sought in the Petition, nor wish to make an appearance, then the appearance of Respondent at any hearing pursuant to this Order to Show Cause is excused, and the IRS may levy the property.

**IT IS SO ORDERED.**

DATED: May 20, 2016

_____
U.S. DISTRICT COURT JUDGE

Respectfully submitted,

EILEEN M. DECKER
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Acting Chief, Tax Division

   /s/
_____
VALERIE L. MAKAREWICZ
Assistant United States Attorney

Attorneys for the United States of America