**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>  v.<br><br>EDWARD LEE,<br><br>              Defendant. | **Case No: 2:16-cv-03379-ODW-SK**<br><br>**ORDER GRANTING DISMISSAL OF THE ENTIRE ACTION WITHOUT PREJUDICE** |

Pursuant to Plaintiff's Notice of Voluntary Dismissal (ECF No. 23), and good cause appearing therefore:

**IT IS HEREBY ORDERED** that:

1. Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), the entire action and all claims asserted therein are hereby DISMISSED without prejudice; and
2. All dates and deadlines in this action are vacated and taken off calendar.

**IT IS SO ORDERED**.

January 5, 2017

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**